IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY ANN COLLINS                                                                    PLAINTIFF

V.                                        CASE NO. 09-CV-4013

MILLER COUNTY CORRECTIONAL
CENTER; and OFFICER R. JONES                                                    DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed June 1, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 8). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to obey the orders of the Court and her failure to prosecute this action.  *See* Fed R. Civ. P. 41(b).  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED**.

  **IT IS SO ORDERED**, this 19th day of June, 2009.

                  /s/ Harry F. Barnes
                  Hon. Harry F. Barnes
                  United States District Judge